```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21100
   KENNETH CHAMPION
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-5260


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/02/2008 and was confirmed 04/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ANDREW J MAXWELL           NOTICE ONLY   NOT FILED            .00           .00
NATIONAL CITY BANK ~       CURRENT MORTG      .00             .00           .00
NATIONAL CITY BANK ~       CURRENT MORTG      .00             .00           .00
MIDTOWN PHYSICIANS SC      UNSECURED     NOT FILED            .00           .00
HSBC TAXPAYER FINANCIAL    UNSECURED     NOT FILED            .00           .00
CENTRIX FUNDS              UNSECURED      13765.33            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED            .00           .00
US BANK                    UNSECURED     NOT FILED            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED        816.00            .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS   NOT FILED            .00           .00
PATRICIA HALL              NOTICE ONLY   NOT FILED            .00           .00
AMERICAN EXPRESS TRAVEL    NOTICE ONLY   NOT FILED            .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY     1,873.00                       655.04
TOM VAUGHN                 TRUSTEE                                         56.96
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    712.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     655.04
TRUSTEE COMPENSATION                                56.96
DEBTOR REFUND                                         .00
                       --------------         --------------
TOTALS                     712.00                  712.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21100 KENNETH CHAMPION

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE